USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

TERRELL CAUDLE, on behalf of himself
and all others similarly situated,

        Plaintiff(s),                  07 Civ. 2480 (PKC)

      -against-                   ORDER OF DISMISSAL

TOWERS, PERRIN, FORSTER & CROSBY, INC.,

        Defendant(s).
------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       The Court having been advised that all claims asserted herein have been settled, it is

       **ORDERED**, that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five (45) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

                                                      P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
           May 13, 2009