UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRELL CAUDLE,<br><br>    Plaintiff,<br><br>  v.<br><br>TOWERS, PERRIN, FORSTER & CROSBY, INC.,<br><br>    Defendant. | 07 Civ. 2480 (PKC) (DFE)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Terrell Caudle hereby dismisses all of his claims against Defendant Towers, Perrin, Forster & Crosby, Inc. in the above-captioned matter with prejudice.

**STIPULATED AND AGREED TO** this 19th day of June, 2009.

_____
John P. Zavez, Esq.
Adkins, Kelston & Zavez, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114
Tel: 617.367.1040
Fax: 617.742.8280
jzavez@akzlaw.com

*Counsel for Plaintiff Terrell Caudle*

_____
Gregg M. Mashberg, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Tel: 212.969.3450
Fax: 212.969.2900
gmashberg@proskauer.com

*Counsel for Defendant Towers, Perrin, Forster & Crosby, Inc.*