CASTEL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-09

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TERRELL CAUDLE,

    Plaintiff,

v.

TOWERS, PERRIN, FORSTER & CROSBY, INC.,

    Defendant.

07 Civ. 2480 (PKC) (DFE)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Terrell Caudle hereby dismisses all of his claims against Defendant Towers, Perrin, Forster & Crosby, Inc. in the above-captioned matter with prejudice.

**STIPULATED AND AGREED TO** this 19th day of June, 2009.

_____
John P. Zavez, Esq.
Adkins, Kelston & Zavez, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114
Tel: 617.367.1040
Fax: 617.742.8280
jzavez@akzlaw.com

*Counsel for Plaintiff Terrell Caudle*

_____
Gregg M. Mashberg, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Tel: 212.969.3450
Fax: 212.969.2900
gmashberg@proskauer.com

*Counsel for Defendant Towers, Perrin, Forster & Crosby, Inc.*

SO ORDERED:

_____
U.S.D.J.

6-24-09